SAVANNAH PAIGE COMPANY *et al. v.* CLER, tax-collector *et al.*
BRYSON *et al. v.* CLER, tax-collector, *et al.*

BECK, P. J. These cases are controlled by the decision in *Adams Motor Co. v. Cler*, ante. *Judgment affirmed. All the Justices concur.*
Nos. 1516, 1517. FEBRUARY 13, 1920.

Description and counsel as in case next preceding.